[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 18, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-12973

_____

D. C. Docket No. 01-00083-CV-5

FREDDY GREEN,

Plaintiff-Appellant,

versus

ELIXIR INDUSTRIES, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(October 18, 2005)

Before BARKETT, HILL and FARRIS[*], Circuit Judges.

BY THE COURT:

On its own motion, the Court hereby vacates its opinion issued on April 29,

_____

[*]Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by designation.

2005, which has been replaced by an unpublished opinion entered on October 11, 2005.